**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTONIO MARCO MORALES, | * | |
| Reg. #82846-080 | * | |
|     Petitioner, | * | |
| | * | |
| vs. | * | No. 2:12-cv-00036-JJV |
| | * | |
| T. C. OUTLAW, Warden, FCI-Forrest City, | * | |
| | * | |
|     Respondent. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 10th day of May, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1