**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTONIO MARCO MORALES, | * | |
| Reg. #82846-080 | * | |
|     Petitioner, | * | |
| | * | |
| vs. | * | No. 2:12-cv-00036-JJV |
| | * | |
| T. C. OUTLAW, Warden, FCI-Forrest City, | * | |
| | * | |
|     Respondent. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 10th day of May, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE